IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>JOSEPH J. KISER,                 )<br>                                 )<br>            Defendant.           )<br>                                 ) | 4:05CR3095<br><br>ORDER |

   IT IS ORDERED:

   Defendant's motion for time, filing 12, is granted and the deadline for filing pretrial motions is extended to October 4, 2005.

   DATED this 20th day of September, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge