IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,    )<br>                              )    4:05CR3095<br>       v.                    )<br>                              )<br>JOSEPH J. KISER,              )<br>                              )    MEMORANDUM AND ORDER<br>            Defendant.        )<br>                              ) | |

   A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 23.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of violation of the order of release are true.

   Regarding disposition, the government sought detention.  The defendant requested release to treatment.  Under the circumstances, when defendant's guilty plea has already been accepted, the provisions of the Bail Reform Act require detention.

   IT THEREFORE HEREBY IS ORDERED,

   The previous order of release, filing 9, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

   DATED January 26, 2006.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge