IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH J. KISER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing on Kirk E. Naylor, Jr.'s motion to withdraw (filing 28) has been set before the undersigned United States district judge on Thursday, March 2, 2006, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

February 21, 2006.                          BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge