IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOSEPH J. KISER, | ) | |
| | ) | |
| Defendant. | ) | |

After hearing the views of stand-by counsel John Vanderslice, the views of Kirk Naylor, counsel for Joseph J. Kiser, and considering the sworn testimony of Joseph J. Kiser,

IT IS ORDERED that:

(1) The motion to withdraw (filing 28) is denied as moot.

(2) Joseph J. Kiser has waived any claim that Attorney Kirk Naylor has a conflict of interest because of any relationship Mr. Naylor may have had with Mr. Kiser's father.

(3) Mr. Naylor is appointed as counsel for Joseph J. Kiser under the provisions of the Criminal Justice Act, and the Federal Public Defender shall provide Mr. Naylor with a CJA voucher.

(4) My chambers shall issue a new order on sentencing schedule after consulting with counsel and the Probation Office.

(5) With my thanks, Mr. Vanderslice is excused from any further duty as stand-by counsel in this case.

March 9, 2006.                             BY THE COURT:
                                           s/ *Richard G. Kopf*
                                           United States District Judge