IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH KISER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Kirk E. Naylor's motion to withdraw as counsel for defendant (filing 48) is granted;

(2) The Clerk of Court shall file Brett McArthur's notice of appearance and motion for continuance;

(3) Mr. McArthur's motion to continue sentencing is granted;

(4) Defendant Kiser's evidentiary hearing and sentencing are continued to Tuesday, May 30, 2006, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

May 10, 2006.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge