IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH J. KISER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    John Kiser's motion for release of bond (filing 67) is granted.

(2)    The Clerk of Court shall refund and return the $1,000 cash bond deposit to John Kiser, 1535 N. 26th St., Lincoln, Nebraska 68503.

(3)    The Clerk of Court shall mail a copy of this order to John Kiser.

July 6, 2006.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge