AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEBRASKA

UNITED STATES OF AMERICA
                       Plaintiff (s),

V.

JOSEPH J. KISER
                       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:05CR3095

Notice is hereby given that, subject to approval by the court, __Joseph J. Kiser__ substitutes
                                                                                           (Party (s) Name)

__Lawrence Herman Crosby__ , State Bar No. __MN 192788__ as counsel of record in
       (Name of New Attorney)

place of __Brett T. McArthur__
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CROSBY & ASSOCIATES |
| Address: | 2277 Highway 36 West, Suite 234E, Saint Paul, Minnesota 55113 |
| Telephone: | (651) 635-0818     Facsimile (651) 635-0814 |
| E-Mail (Optional): | lhcrosby@uslink.net |

I consent to the above substitution.
Date: 31 January 2013
                                   (Signature of Party (s))

I consent to being substituted.
Date: 7 March 2013
                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 22 January 2013
                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 12, 2013
                                   Richard G. Kopf
                                   Senior U.S. District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]