IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:05-CR-3095 |
| vs. | ORDER |
| JOSEPH J. KISER, | |
| Defendant. | |

The government has provided the Court with a victim impact statement (filing 120), which has been filed under seal. Based on its contents, the government has asked that the statement be kept under "attorneys' eyes only" confidentiality, and not shown to the defendant. The Court agrees.

IT IS ORDERED:

1. The Clerk of the Court shall provide counsel for the defendant with a copy of filing 120.

2. The parties are instructed to maintain "attorneys' eyes only" confidentiality with respect to this document.

3. Upon conclusion of these proceedings, defendant's counsel shall destroy any copies of the document remaining in her possession.

Dated this 27th day of April, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge